# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In re:

**Norman Hugh Smith**
S.S. No.: xxx-xx-7739
Mailing Address: 1203 Park Avenue, Durham, NC 27701-

**Case No. 10-81240**

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on July 15, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: August 10, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

| Date: | 4/12/10 |
|---|---|
| Lastname-SS#: | smith Refile -7739 |

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Retain | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| Retain | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Retain | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| Retain | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| Retain | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,700 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | $45,000 |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | $21,466 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT DEBTS (Pay 100%) | Int % | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

| $ | $1,223 | per month for | 60 | months, then |
|---|---|---|---|---|

| $ | N/A | per month for | N/A | months. |
|---|---|---|---|---|

| Adequate Protection Payment Period: | 2.35 | months. |
|---|---|---|

Sch D # = The number of the secured debt as listed on Schedule D.

Adequate Protection = Monthly 'Adequate Protection' payment amt.

† = May include up to 2 post-petition payments.

* Co-sign protect on all debts so designated on the filed schedules.

** = Greater of DMI x ACP or EAE    (Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

## Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

Citimortgage is unsecured for failure to properly join the debtor's spouse in that Deed of Trust recorded in Book 2535, Page 532.

# CERTIFICATE OF SERVICE

I, Jay Ballentine, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Jay Ballentine
Jay Ballentine

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

BP
5301 Maryland Way
Brentwood, TN 37027

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Brock, Scott, & Ingersoll, PLLC
108 Giles Avenue, Ste 102
Wilmington, NC 28403

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Absolute Collection Service
421 Fayetteville Street Mall
Ste 600
Raleigh, NC 27601

Capital One
Post Office Box 85830
Richmond, VA 23285-5830

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

American General Finance
3117 Shannon Road
Suite C
Durham, NC 27707-2159

Cingular Wireless**
826 East Park Drive
Grayson, KY 41143

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Aspire **
Post Office Box 105555
Atlanta, GA 30348-5555

Citifinancial
3604 University Drive
Durham, NC 27707

Experian
P.O. Box 2002
Allen, TX 75013-2002

Aspire Visa
P.O. Box 23007
Columbus, GA 31902-3007

Citifinancial
Post Office Box 70918
Charlotte, NC 28272-0918

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Associated Credit Services, Inc.
Post Office Box 9100
Hopkinton, MA 01748-9100

CitiFinancial
P.O. Box 6931
The Lakes, NV 88901-6931

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

At Home Professions

Citifinancial Mortgage
P.O. Box 142199
Irving, TX 75014-2199

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

AT&T
Post Office Box 8212
Aurora, IL 60572-8212

CitiFinancial Mortgage
P.O. Box 9023
Des Moines, IA 50368-9023

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Internal Revenue Service (MD)
Post Office Box 21126
Philadelphia, PA 19114-1126

Tribute
Post Office Box 105374
Atlanta, GA 30348-5374


Dick Patton
2030 I-85 Service Road
Durham, NC 27705

Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

United States Attorney
Middle District
Post Office Box 1858
Greensboro, NC 27402


Duke University Hospital**
PO Box 15000
Durham, NC 27704

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

US Attorney's Office    (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858


Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Wells Fargo
6815 Fayetteville Road
Suite 102
Durham, NC 27713-6815


Durham Regional Hospital
and Emergency Medical Service
402 Stadium Drive
Durham, NC 27704

Orchard Bank
c/o Household Credit Services
Post Office Box 5222
Carol Stream, IL 60197-5222


Eugene Tatum
Post Office Box 15095
Durham, NC 27704

Rent-A-Center
827-C N. Miami Blvd.
Durham, NC 27707


Fannie Mae
3900 Wisconsin Ave, NW
Washington, DC 20016-2892

Sheryl Smith
Unknown


Freddie Mac
8200 Jones Branch Dr
Mc Lean, VA 22102-3100

Suncom Wireless
Post Office Box 96067
Charlotte, NC 28296-0067


HSBC
P O Box 80084
Salinas, CA 93912

The Money Centre
Post Office Box 470375
Charlotte, NC 28247