# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 6/30/10
Lastname-SS#: Mazzarella-8246

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Calypso | 1 | TimeShare: Florida |
| | Wells Fargo | | House & Lot |
| | Hiram Mayo | 3 | 21.64 Acres New Bern, NC |
| | Westgate | 11 | TimeShare: TN |
| | Westgate HOA | 12 | TimeShare Maintenance F |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Resort Development Co. | Timeshare |
| Plantation Resort | TimeShare |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Calypso | 1 | | ** |
| | Wells Fargo | | | ** |
| | Hiram Mayo | 3 | | ** |
| | Westgate | 11 | | ** |
| | Westgate HOA | 12 | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| The Spa | Spa Contract |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | NFCU | 5 | $11,775 | 5.00 | $118 | $232.28 | NPMSI 2008 Nissan Versa |
| | NFCU | 7 | $845 | 5.00 | | $16.67 | 1st NPMSI Multiple Vehicles |
| | NFCU | 8 | | 5.00 | | | 2nd NPMSI Multiple Vehicles |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | NFCU | 4 | $31,958 | 5.00 | $254 | $630.41 | 2008 Nissan Titan |
| | NFCU | 6 | $6,105 | 5.00 | $61 | $120.43 | NPMSI 2004 Isuzu Rodeo |
| | | | | | | | |
| | | | | | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,600 |
| **SECURED TAXES** | **Secured Amt** |
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $149 |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | 15% | $3,734 |
| **GENERAL NON-PRIORITY UNSECURED** | | **Amount**** |
| DMI= $349 | | $19,446 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,472** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **1.88** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE   (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".